ent—Centra, J.P., Lindley, DeJoseph, Curran and Troutman, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMILCAR RAMOS, Appellant. [46 NYS3d 461]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Centra, Lindley and DeJoseph, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL J. HOLMES, Appellant. [46 NYS3d 461]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Carni, Lindley and DeJoseph, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS B. WORTH, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS WORTH, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS WORTH, Appellant. (Appeal No. 2.) [46 NYS3d 466]—Motion for reargument and for other relief denied. Present—Whalen, P.J., Centra, Carni, DeJoseph and Scudder, JJ.

██ MAURA CLUNE, Individually and as Administratrix of the Estate of JAMES CAMPBELL, Deceased, Appellant, v MICHAEL C. MOORE, M.D., Defendant, and MERCY HOSPITAL OF BUFFALO AND CATHOLIC HEALTH SYSTEM, INC., Doing Business as MERCY HOSPITAL OF BUFFALO, Respondents. (Appeal No. 1.) [46 NYS3d 462]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, DeJoseph and NeMoyer, JJ.

██ MAURA CLUNE, Individually and as Administratrix of the Estate of JAMES CAMPBELL, Deceased, Appellant, v MICHAEL C. MOORE, M.D., Respondent, and MERCY HOSPITAL OF BUFFALO et al., Defendants. (Appeal No. 2.) [46 NYS3d 462]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, DeJoseph and NeMoyer, JJ.

██ BUFFALO BIODIESEL, INC., Appellant, v TAJ MAHAL, INC., Respondent. [46 NYS3d 924]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Lindley, Curran and Troutman, JJ.

██ PATRICIA J. CURTO, Appellant, v NEW YORK LAW JOURNAL et al., Respondents. [46 NYS3d 462]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.

██ In the Matter of GROTON COMMUNITY HEALTH CARE CENTER, INC., Respondent, v PHILLIP BEVIER, Appellant. [46